1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   JAMES KI, WSBN 42978
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (212) 264-2435
   james.ki@ssa.gov
8
9
10  Attorneys for Defendant
11
12                  **UNITED STATES DISTRICT COURT**
13                  **EASTERN DISTRICT OF CALIFORNIA**
14  VICTORIA LEE GOMES,                    )    CIVIL NO. 2:24-cv-01640-SCR
                                           )
15         Plaintiff,                      )
                                           )    **STIPULATION TO VOLUNTARY**
16         v.                              )    **REMAND PURSUANT TO SENTENCE**
                                           )    **FOUR OF 42 U.S.C. § 405(g) AND TO**
17  COMISSIONER OF SOCIAL SECURITY,        )    **ENTRY OF JUDGMENT; [~~PROPOSED~~]**
                                           )    **ORDER**
           Defendant.                      )
18                                         )
                                           )
19  _____ )
20
21         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that the Commissioner of Social Security has agreed to a

23  voluntary remand of this case for further administrative proceedings, pursuant to *sentence four*

24  of 42 U.S.C. § 405(g).

25         The Appeals Council will remand the case to an administrative law judge (ALJ) for a

26  new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to

27  complete the administrative record. The parties further request that the Clerk of the Court be

28

                          STIPULATION TO REMAND

directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  February 11, 2025

*/s/  Robert C. Weems\**
ROBERT C. WEEMS
Attorney for Plaintiff
*Authorized via e-mail on February 11, 2025

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *James Ki*
JAMES KI
Special Assistant United States Attorney

Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: February 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND